United States Bankruptcy Court
Western District of New York

| In re: | Case No. 22-20204-PRW |
|---|---|
| Thad Allen Shepherd, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0209-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdforder | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thad Allen Shepherd, Jr., 3688 Arcadia Zurich Norris Road, Lyons, NY 14489-9020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George M. Reiber | trustee13@roch13.com  greiber@roch13.com |
| Paul A. Levine | on behalf of Notice of Appearance Creditor Community Bank  NA plevine@lemerygreisler.com, phartl@lemerygreisler.com |
| Peter B. Foster | on behalf of Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY pfoster@foster-wolkind.com bwolkind@foster-wolkind.com |
| Peter B. Foster | on behalf of Notice of Appearance Creditor CIT Bank  N.A. pfoster@foster-wolkind.com, bwolkind@foster-wolkind.com |
| Ronald S. Goldman | on behalf of Debtor Thad Allen Shepherd  Jr. rosgol@yahoo.com |
| Wesley Thurmond Kozeny | |

on behalf of Creditor Fifth third Bank  N.A. Wesley.Kozeny@BonialPC.com, nybk@km-law.com;Kozeny@ecf.courtdrive.com;Notices.Bonial@ecf.courtdrive.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: Thad Allen Shepherd, Jr.,

Case No.: 22-20204-PRW
Chapter 13

Debtor.

ORDER
CONFIRMING CHAPTER 13 PLAN

The Chapter 13 Plan filed by the Debtor on **July 14, 2023** (ECF No. 139), having been transmitted to all creditors, and the Court having determined that the Plan meets each of the requirements of 11 U.S.C. §1325(a), and all objections to confirmation having been heard and determined, it is

**ORDERED, that:**

(1) The Plan specified above is CONFIRMED;

(2) Debtor shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order from this Court;

(3) All funds received by or in possession of the Chapter 13 Trustee after the date of the entry of an order of dismissal or conversion shall be refunded to the Debtor at his address of record.

DATED: August 14, 2023
      Rochester, New York

/s/
HON. PAUL R. WARREN
United States Bankruptcy Judge